**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-7281**

───────────────

MICHAEL HANNON,

Plaintiff - Appellant,

versus

RON ANGELONE; STAN YOUNG, Warden; L. T.
JANEWAY, Lieutenant; SERGEANT KENDRICK; MAJOR
YATES; ADAM HARVEY, Assistant Warden; CAPTAIN
TAYLOR; OFFICER WYNN; OFFICER NUNLEY; OFFICER
POWERS; ASSISTANT WARDEN PHILLIPS; JEFFREY
HEAD, Sergeant; OFFICER COLLINS; LIEUTENANT
SNIDER; J. GILLEY; OFFICER SALYERS; OFFICER
OLINGER; B. GILLIAM; M. BLEVINS; M. SALYERS,
Disciplinary Hearing Officer; B. RODGERS;
OFFICER MANN; R. MULLINS; SERGEANT STANLEY;
JOHN MASELLA, Captain; OFFICER DOTSON; DOCTOR
CHARLOTTE; M. DUNCAN; CHAPLAIN ROY; LYNN
MILLING, Major, Connecticut Department of
Corrections; JOHN ARMSTRONG, Connecticut
Department of Corrections; NURSE BALLARD,
WRSP; DR. WILSON, WRSP; CORRECTIONAL MEDICAL
SERVICES, WRSP; NURSE KELLY,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (CA-00-281-7)

───────────────

Submitted: December 12, 2003        Decided:  February 2, 2004

───────────────

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

———————————

Michael Hannon, Appellant Pro Se.  Susan Foster Barr, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Steven R. Strom, OFFICE OF THE ATTORNEY GENERAL OF CONNECTICUT, Hartford, Connecticut; John David McChesney, Edward Joseph McNelis, III, RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Hannon appeals the district court's orders dismissing several of his claims for failure to state a claim and granting Defendants' motions for summary judgment on his remaining claims on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hannon v. Angelone, No. CA-00-281-7 (W.D. Va. June 26, 2000; June 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED